UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| **BRIAN WHITAKER,** <br><br> **Plaintiff,** <br><br> v. <br><br> **JAC EQUITY, LLC, a California Limited Liability Company; LBSECOND, INC., a California Corporation** and Does 1-10, <br><br> **Defendant(s).** | Case No:  CV 19-9931-GW-MRWx <br> Before the Honorable Judge George H. Wu <br><br> **JUDGMENT ON DEFENDANT JAC EQUITY, LLC'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |

TO ALL PARTIES AND TO THE ATTORNEYS OF RECORD:

Defendant JAC Equity, LLC ("Defendant") filed a motion for summary judgment in this action on February 26, 2021, arguing, in part, that the case is moot because the sales counter that was located at the former O'My Sole store that is the subject of the action is now ADA-compliant and because the lease for the store has now expired, such that the store is no longer in operation a

JAC EQUITY MOTION FOR SUMMARY JUDGMENT - 1

the location (and the location has not been re-let to any other tenant). See Docket No. 57. On March 8, 2021, plaintiff Brian Whitaker ("Plaintiff") filed an express "Notice of Non-Opposition" to the motion, stating that, "[o]n these grounds," he "does not dispute that his claim for an injunction under the ADA has been rendered moot." See Docket No. 60; C.D. Cal. L.R. 7-9 (allowing an "opposing party" to serve and file "a written statement that that party will not oppose the motion" as one form of "[o]pposing [p]apers").

The Court therefore granted the motion on March 17, 2021, concluding that the request for injunctive relief is moot. See Paracor Fin., Inc. v. Gen. Elec. Capital Corp., 96 F.3d 1151, 1167-68 & n.22 (9th Cir. 1996) (treating filing of "statement of non-opposition" to summary judgment motion as "consent[] to entry of summary judgment"); compare C.D. Cal. L.R. 7-12 (indicating that a summary judgment "may not be granted solely based on the failure to file an opposition") (emphasis added).

**Judgment is hereby entered in favor of Defendant JAC Equity and against Plaintiff Brian Whitaker.**

DATED: May 3, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

JAC EQUITY MOTION FOR SUMMARY JUDGMENT - 2